*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  July 7, 2016                    D-38-16

_____

In the Matter of ATTORNEYS IN
    VIOLATION OF JUDICIARY LAW
    § 468-a.

COMMITTEE ON PROFESSIONAL                    MEMORANDUM AND ORDER
    STANDARDS,                                    ON MOTION
                    Petitioner;

MICHELE V. McCORMICK,
                    Respondent.

(Attorney Registration No. 2250165)

_____

Calendar Date:  March 28, 2016

Before:  McCarthy, J.P., Garry, Rose, Lynch and Devine, JJ.

_____

        Monica A. Duffy, Committee on Professional Standards,
Albany, for petitioner.

        Michele V. McCormick, Essex, Massachusetts, respondent
pro se.

_____

Per Curiam.


        Respondent, who was admitted to practice by this Court in
1989, was suspended by this Court's order dated September 24,
2009 for failure to comply with the attorney registration
requirements of Judiciary Law § 468-a (65 AD3d 1447 [2009]).

        Respondent now requests reinstatement on the ground that
she has complied with the attorney registration requirements of

Judiciary Law § 468-a and the Rules of the Chief Administrator of the Courts (see 22 NYCRR part 118).  Petitioner does not object to respondent's application.

Respondent's application is granted and she is ordered reinstated, effective immediately.

McCarthy, J.P., Garry, Rose, Lynch and Devine, JJ., concur.


ORDERED that respondent's application is granted; and it is further

ORDERED that respondent is reinstated as an attorney and counselor-at-law in the State of New York, effective immediately.



ENTER:

Robert D. Mayberger
Clerk of the Court